IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| ROUGE STEEL INDUSTRIES, INC., et al., : | Case No. 03-13272 |
| : | |
| ROUGE STEEL COMPANY, : | |
| : | |
| Plaintiff / Appellant, : | |
| : | Civ. Act. No. 1:06-cv-250 (KAJ) |
| v. : | |
| : | |
| OMNISOURCE CORPORATION – FORT WAYNE BROK, : | |
| : | |
| Defendant / Appellee. : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Thomas P. Yoder to represent the Defendant / Appellee in this action.

_____
James C. Carignan (DE No. 4230)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
(302) 777-6500

*Attorney for Omnisource Corporation – Fort Wayne Brok*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2006            _____
                                          United States District Judge

WL: #187069 v1 (40CD01!.DOC)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Indiana, am admitted to the United States District Courts for the Northern and Southern Districts of Indiana, and am admitted to the Seventh Circuit Court of Appeals and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                  Thomas P. Yoder, Esq.
BARRETT & MCNAGNY LLP
215 East Berry Street
P.O. Box 2263
Fort Wayne, Indiana 46801-2263
(260) 423-8952

## CERTIFICATE OF SERVICE

       I, James C. Carignan, hereby certify that on April 20, 2006, I caused to be served the Motion And Order For Admission Pro Hac Vice, upon the following entities via regular, first-class mail.

William H. Sudell, Esq.
Donna L. Culver, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
PO Box 1347
Wilmington, DE  19899-1347

Dated: April 20, 2006
Wilmington, DE

                                               James C. Carignan (No. 4230)