IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ROUGE INDUSTRIES, INC., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 03-13272 (MFW) |
| ROUGE STEEL COMPANY,<br><br>　　　　　Plaintiff/Appellant,<br><br>v.<br><br>OMNISOURCE CORPORATION – FORT WAYNE BROK,<br><br>　　　　　Defendant / Appellee. | C.A. No. 1:06-cv-250 (KAJ) |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Landis, Rath & Cobb LLP hereby enters its appearance as co-counsel with Morris, Nichols, Arsht & Tunnell LLP, for Appellant, Rouge Steel Company.

Dated: July 27, 2006

LANDIS, RATH & COBB LLP

*/s/ signature*

Adam G. Landis (#3407)
Rebecca L. Butcher (#3816)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

530641

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ROUGE INDUSTRIES, INC., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 03-13272 (MFW) |
| ROUGE STEEL COMPANY,<br><br>　　　　　　　Plaintiff/Appellant,<br><br>　　v.<br><br>OMNISOURCE CORPORATION – FORT WAYNE BROK,<br><br>　　　　　　　Defendant/Appellee. | C.A. No. 1:06-cv-250 (KAJ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE　　)
　　　　　　　　　　　　) SS
NEW CASTLE COUNTY　　)

　　Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel for Appellant, Rouge Steel Company, in the captioned matter, and on the 28th day of July, 2006, she caused a copy of the following:

### NOTICE OF ENTRY OF APPEARANCE

to be served:

**Via Hand Delivery**
David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

**Via First Class Mail**
Anne E. Simerman, Esquire
Thomas P. Yoder, Esquire
Barrett & McNagny, LLP
215 East Berry Street
Fort Wayne, IN 46802

　　　　　　　　　　　　　　　　　　／s／ Cathy A. Adams
　　　　　　　　　　　　　　　　　　Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 28th day of July, 2006.

　　　　　　　　　　Barbara J. Rost
　　　　　　　　　BARBARA J. ROST
　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　STATE OF DELAWARE
　　　　　　My Commission Expires June 14, 2010

528.001-13289.DOC