IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ROUGE INDUSTRIES, INC., *et al.*, | ) | Case No. 06-cv-00250 KAJ |
| | ) | |
| Debtors. | ) | |
| | ) | |
| ROUGE STEEL COMPANY, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OMNISOURCE CORPORATION - FORT WAYNE BROK, | ) | |
| | ) | |
| Appellee. | ) | |

## NOTICE OF COMPLETION OF MEDIATION

PLEASE TAKE NOTICE that, I, Ian Connor Bifferato, was appointed to serve as mediator for the parties to the captioned appeal. On December 18, 2006, I conducted a mediation session and the case did not settle. The parties are prepared to proceed with the appeal.

PLEASE TAKE FURTHER NOTICE that the appeal, including briefing, has been held in abeyance pending the mediation. Accordingly, it is now appropriate for the Clerk to advise the parties of the briefing schedule.

Dated: December 20, 2006

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
Ian Connor Bifferato (# 3273)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899