IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ROUGE INDUSTRIES, INC., ET AL., | ) Case No. 03-13272 (MFW) |
| | ) |
| Debtors. | ) |
| | ) Adv. Pro. No. 05-52242 (PBL) |
| ROUGE STEEL COMPANY, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-250-*** |
| OMNISOURCE CORPORATION - FORT WAYNE BROK, | ) |
| | ) |
| Appellee. | ) |

**ORDER**

FILED
JAN -3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WHEREAS, the court having been informed that mediation of the captioned matter is complete, and the parties were unsuccessful in resolving their dispute,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than January 16, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

January 3, 2007
Wilmington, Delaware