## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ROUGE STEEL INDUSTRIES, INC., et al., | Case No. 03-13272 |
| ROUGE STEEL COMPANY, | |
|     Appellant (Plaintiff-Below), | |
| v. | Civ. Act. No. 1:06-cv-250 (MPT) |
| OMNISOURCE CORPORATION – FORT WAYNE BROK, | |
|     Appellee (Defendant-Below). | |

## REVISED STIPULATION GOVERNING DEADLINES FOR FILING BRIEFS

Rouge Steel Company ("Appellant"), Appellant and Plaintiff-Below in the above-captioned appeal (the "Appeal"), together with Omnisource Corporation – Fort Wayne Brok ("Appellee"), Appellee and Defendant-Below in the Appeal, hereby stipulate as follows respecting the deadlines for Appellant and Appellee to submit their respective briefs in the Appeal:

WHEREAS, on August 4, 2005, Appellant filed a Complaint To Avoid Certain Preferential Transfers, To Recover Property And For Related Relief (the "Complaint"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), thereby initiating an adversary proceeding captioned Rouge Steel Company v. Omnisource Corporation – Fort Wayne Brok (In re Rouge Steel Company) (Adv. Proc. No. 05-52242) (the "Adversary Proceeding");

WHEREAS, on September 6, 2005, Appellee filed the Answer And Affirmative Defenses To Plaintiff's Complaint To Avoid Certain Preferential Transfers, To Recover Property And For Related Relief (the "Answer");

WHEREAS, on November 4, 2005, Appellant filed a Motion For Leave To File Amended Complaint (the "Motion For Leave");

WHEREAS, on November 14, 2005, Appellee filed a Response to Appellant's Motion For Leave (the "Response");

WHEREAS, on November 30, 2005, Appellant filed a Reply to Appellee's Response;

WHEREAS, on January 19, 2006, the Bankruptcy Court entered the Memorandum And Order Denying the Motion For Leave (the "Order"), pursuant to which the Bankruptcy Court denied Appellant's request for leave to amend its Complaint;

WHEREAS, on January 27, 2006, Appellant filed a Motion for Leave to File Appeal Under 28 U.S.C. § 158(a) (the "Motion to Appeal"), and a Notice of Appeal;

WHEREAS, on April 17, 2006, the United States District Court for the District of Delaware (the "District Court"), entered the Order Granting Appellant's Motion to Appeal, and this Appeal was docketed the following day;

WHEREAS, on December 20, 2006, Ian Connor Bifferato (the "Mediator") filed the Notice Of Completion Of Mediation (the "Mediation"), certifying that Appellant and Appellee had attempted to resolve the Appeal through Mediation, but such attempts had been unsuccessful;

#8252348 v1

WHEREAS, on January 3, 2007, the District Court entered the Order Setting Deadlines, pursuant to which the District Court directed Appellant and Appellee to submit a stipulated briefing schedule no later than January 16, 2007;

WHEREAS, on January 17, 2007, the District Court entered an order setting a briefing schedule in this matter; and

WHEREAS, at the request of the Appellant, the parties have agreed to revise the briefing schedule.

NOW, THEREFORE, in consideration of the foregoing, Appellant and Appellee hereby stipulate as follows regarding the deadlines to govern the submission of briefs in this Appeal (the "Stipulated Schedule"):

1.     Appellant shall file and serve its Opening Brief on or before March 2, 2007.

2.     Appellee shall file and serve its Answering Brief on or before April 2, 2007.

3.     Appellant shall file and serve its Reply Brief on or before May 2, 2007.

#8252348 v1

4.    This Stipulated Schedule, and any Order approving the same, shall be without prejudice to Appellant's and/or Appellee's rights to request an extension of any of the deadlines set forth herein, either individually or jointly.


LANDIS RATH & COBB LLP
Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
919 Market Street, Suite 600
Wilmington, DE 19801
(302) 467-4400

PEPPER HAMILTON LLP
David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

and

BARRETT & MCNAGNY LLP
Anne E. Simerman, #18885-10
Thomas P. Yoder, #1429-02
215 E. Berry Street
Fort Wayne, IN 46802
(260) 423-9551

*Counsel for Appellant Rouge Steel Company*

*Counsel for Appellee Omnisource Corporation – Fort Wayne Brok*


SO ORDERED this _____ day of February, 2007


_____
UNITED STATES DISTRICT JUDGE MARY PAT THYNGE

-4-

#8252348 v1