IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ROUGE STEEL INDUSTRIES, INC., et al., | Case No. 03-13272 (MFW) |
| ROUGE STEEL COMPANY, | |
| Appellant (Plaintiff-Below), | |
| | Civ. Act. No. 1:06-cv-250(***) |
| v. | |
| OMNISOURCE CORPORATION – FORT WAYNE BROK, | |
| Appellee (Defendant-Below). | |

NOTICE OF COMPLETION OF BRIEFING
AND REQUEST FOR ORAL ARGUMENT

Please take notice that as of May 10, 2007 the briefing has been completed with respect to Rouge Steel Company's ("Rouge") appeal ("Appeal") of the Bankruptcy Court's order denying Rouge's motion to file an amended complaint. The following is a list of the pleadings and documents relevant to the Appeal and their related docket numbers:

| Document Title | Filing Date | Docket No. |
|---|---|---|
| *Motion for Leave to Appeal*, filed by Rouge | 2/22/06 | 1 |
| ORDER granting *Motion for Leave to Appeal,* signed by Judge Kent A. Jordan | 4/17/06 | 3 |
| Appellant's *Opening Brief In Support Of Rouge Steel Company's Appeal*, filed by Rouge | 3/09/07 | 16 |
| Appendix to *Opening Brief In Support Of Rouge Steel Company's Appeal* | 3/09/07 | 17 |

| | | |
|---|---|---|
| *Appellee's Answering Brief*, filed by OmniSource Corporation Fort Wayne-Brok | 4/13/07 | 18 |
| *Reply Brief in Support of Rouge Steel Company's Appeal*, filed by Rouge | 5/10/07 | 19 |

Pursuant to Local District Court Civil Rule 7.1.4, Rouge requests the Court for oral argument on the Appeal.

Date: May 15, 2007

**LANDIS RATH & COBB LLP**

*/s/ Daniel B. Rath*

Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
James S. Green Jr. (No. 4406)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

Counsel to the Appellant
Rouge Steel Company

## CERTIFICATE OF SERVICE

I, James S. Green, Jr., hereby certify that on this 15th day of May, 2007, I caused a true and correct copy of the *Notice of Completion of Briefing and Request for Oral Argument* to be served on the following parties in the manner as indicated:

*Via Hand Delivery*
David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

*Via Federal Express*
Thomas P. Yoder, Esquire
Anne E. Simerman, Esquire
Barrett & McNagny LLP
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801-2263

James S. Green, Jr. (No. 4406)

528.001-16615.DOC