**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| ROUGE INDUSTRIES, INC., et al., | : | |
| | : | |
| Debtor. | : | Adv. Pro. No. 05-52242 (PBL) |
| | : | |
| ROUGE STEEL COMPANY, | : | |
| | : | |
| Appellant, | : | C.A. No. 1:06-cv-250 (GMS) |
| | : | |
| v. | : | |
| | : | |
| OMNISOURCE CORPORATION – FORT | : | |
| WAYNE BROK, | : | |
| | : | |
| Appellee. | : | |

**NOTICE OF APPEAL FROM JULY 31, 2008 ORDER OF UNITED STATES
DISTRICT JUDGE GREGORY M. SLEET [D.I. No. 21].**

Notice is hereby given that Appellant Rouge Steel Company ("Rouge"),

by and through its attorneys, hereby appeals to the United States Court of Appeals for the

Third Circuit from (i) the final Order [D.I. 21], dated and entered July 31, 2008 (the

"Order"), issued by United States District Judge Gregory M. Sleet, ordering that the

January 19, 2006 Order of the Bankruptcy Court is Affirmed.

The parties to the Order appealed from and the names, addresses and

telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| Rouge Steel Company, Appellant, | Daniel B. Rath, Esquire<br>Rebecca L. Butcher, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>P.O. Box 2087 |

528.001-21456.DOC

Wilmington, DE  19899
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450
Email: rath@lrclaw.com
           butcher@lrclaw.com

Omnisource Corporation-Fort-Wayne
Brok,
Appellee.

James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
P.O. Box 1709
1313 Market Street
Wilmington, DE 19899-1709
Telephone:  (302) 777-6530
Facsimile:  (302) 421-8390
Email:  carignanj@pepperlaw.com

Dated:  August 15, 2008

LANDIS RATH & COBB LLP

Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
Landon J. Ellis (No. 4852)
919 Market Street, Suite 600
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel to the Appellant
Rouge Steel Company*

2